Dismissed and Memorandum Opinion filed April 23, 2009








Dismissed
and Memorandum Opinion filed April 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00007-CV

____________

 

JASBIR SINGH, Appellant

 

V.

 

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee

 



 

On Appeal from the 190th District Court 

Harris County,
Texas

Trial Court Cause
No. 2006-79871

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 2, 2008.  On April 8, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.